# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Juan Baez Collazo ,

Inmate ID Number: W81090 .

*(Write your full name and inmate ID
number.)*

**v.**

Scott Duvall ,

_____ ,

_____ ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

**Case No.:** _____
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☒ **YES**  ☐ **NO**

FILED USDC FLND PN  JFJ
APR 8 '23 PM 12:57

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Juan Báez Collazo   ID Number: W81090

List all other names by which you have been known: _____

_____

Current Institution: NWFRC

Address: 4455 Sam Mitchell DR

Chipley, F.L. 32428-3597

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for **each and every** Defendant:

1. Defendant's Name: Scott Duvall

   Official Position: Deputy Warden

   Employed at: NWFRC

   Mailing Address: 4455 Sam Mitchell Dr.

   Chipley, FL- 32428

   □ Sued in Individual Capacity     ➤ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity       □ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity       □ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☒ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

On December 1, 2021 at approximately 8:15 pm I was assaulted by mr. Duvall here at Bay Correctional Institute of which was Deputy Warden mr. Duvall During this altercation Scott Duvall approached me while I was on the telephone stating: "I don't care who you call and tell on me" "Call your family, Tallahassee, PREA. "I don't give a shit I am the Boss and this is my fucking turf you fucking Chico. I'll do whatever I want towards you" mr. Duvall got so angry he repeatedly punched me in the face while wearing a pair of hancuffs on he knuckles. I was then thrown to hold me down and choked me while mr. Duvall kicked me in the back several times. then while in confinement. mr. Duvall come to my cell door and verbally threatened me by saying. "If I find

**Statement of Facts Continued** (*Page_____of_____*)

aut you have sent out any paperwork concerning
What happened then I will come back and
beat Your ass again You fucking spic!")

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Staff Battery of Inmate 21-6-3560C on 12-1-21 and I think mr. Duvall Violated the code or statute 784.045. Aggravated battery, 784.03. Battery: Felony battery. I then Said per chapter 33. that it says all staff are supposed to act proffesional and behavior all the time

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I am asking for $500,000 from the physical damage, and mental damage Now I take medication for my injuries I hope you help me in this case

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.   PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a*
*court of the United States that was dismissed on the grounds that it is*
*frivolous, malicious, or fails to state a claim upon which relief may be*
*granted, unless the prisoner is under imminent danger of serious physical*
*injury." 28 U.S.C. § 1915(g).*

A.  Have you had any case in federal court, including federal appellate
    court, dismissed as frivolous, as malicious, for failure to state a
    claim, or prior to service?

    □ YES  ☒ NO

    If "Yes," identify the case number, date of dismissal, and court for
    each case:

    1.  Date:_____Case #: _____

        Court: _____

        Reason: _____

    2.  Date:_____Case #: _____

        Court: _____

        Reason: _____

    3.  Date:_____Case #: _____

        Court: _____

        Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing

with the same facts or issue involved in this case?

□ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____
   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

***state or federal court*** either challenging your conviction or relating to

the conditions of your confinement?.

□ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   ***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.


2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

ClerkAdmin Official Forms

12

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: _3/30/23_ Plaintiff's Signature: _Juan Baez Collazo_

Printed Name of Plaintiff: _Juan Baez Collazo_

Correctional Institution: _NWFRC_

Address: _4455 Sam Mitchell Dr._

_Chipley, FL. 32428-3597_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☑ deposited in the prison's mail system for mailing on the _30_ day of _3_ , 20_23_.**

Signature of Incarcerated Plaintiff: _Juan Baez Collazo_

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _____ BAY/APA M.C.I.

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Juan B. Collazo | DC Number<br>W81090 | Quarters<br>Y3-104L | Job Assignment<br>N/A | Date<br>5-02-22 |
|---|---|---|---|---|---|

**REQUEST** Staff Battery On Inmate          Check here if this is an informal grievance ■

This is an over process complaint that I'm complaining about due to Bay C.I staff will not turn my grievance in that I had wrote multiple grievances to where I never got a recipt to nor did I get the grievance that I had wrote back for several months except for the one I sent to Secretary Dept Of Corrections which log # is 21-6-35606, On 12-1-2021 while I was walking I bypassed Warden Duval and was going on my way. When he then stated you pussy ass chico come here now and I kept walking so he then approached me in a very aggressive way with hand cuffs around his nuckles and stated didn't hear me call you boy. I replied no sir. He then said the next one of my staff you try to write up I'm going to beat your ass and I don't care if you call DOE Tallahassee, or your family and complain cause I'm always going to win I work for DROC and nobody going to belive a criminal over me. I then said per Ch 33 that it says all staff are supposed to act proffesinal at all times. Then Mr Duval struck me with

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature) Juan B. Collazo | DC#: W81090 | INFORMAL |
|---|---|---|

───────── **DO NOT WRITE BELOW THIS LINE** ─────────

# RESPONSE                                              DATE RECEIVED:

MAY 02 2022

102-2205-0007          104                    Apalachee C.I. Warden's office

According to record, this issue has been reported twice on both Informal Grievance # 112-2112-0004, # 112-2112-0006 and Formal Grievance to Central Office 21-6-35606. You may contact the Inspector General's Office via a letter with any questions you have pertaining to your allegations and their investigation. Grievance 102-2205-0007 Returned.

jwb

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J Smith, co | Official (Signature): J Smith co | Date: 05/02/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within ~~10~~15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective ~~12/14~~)

Incorporated by Reference in Rule 33-103.005, F.A.C.

repeated blows to my face and body even though I did try to defend myself but he over powered me to where I was left on the ground in my own blood to be placed in confinment without nx medical attention. This incident took place between 8:15am -9:35pm in H6 and the camera's can verify what all took place. No human should be punished by staff by getting assaulted by them with handcuff on their hands. Now I'm in confinement pending a D.R. or that's what they made me believe to cover up this assault by Mr. Duval. I really have some major concerns about his behavior and I am asking for D.O.C to check this situation for me, I am not asking for protection I just want D.O.C. and the inspector General to check this violent abuse by Mr. Duval and investgate it along with giveing the right kind of punishment. Everything that's wrote on this paper is the truth. This incident happened at Bay Correctional Institution on 12-1-2021.

*Jean B. Colleza
ADC. W81090

03/20/23

Dear:

I am writing you to inform you what was just done to me at Northwest Florida Reception center. Mr. Duvall came to be the warden over this institution. I got into a verbal altercation with the officers a the warden (mr. Duvall) he denied me my religions diet and forced me to get a tray (regular diet which I am not on) then I accepted the tray to avoid further conflict. I sat done to eat and was approached and told to leave the chow hall or I would be sprayed. I was placed in cuffs. Now I've been served a disciplinary Report for Aggravade battery on a-staff an approver for close management (a confirmement percied of 18 months) and the D.R. Said I hit a staff with a tray but I was in hand cuffs and had no chance to do anything they're saying I did During the Investigation I called the camaras as a wittess and were told they suddenly are not working, these people are lying / and I feel ive its because of the past incident with Duvall a I need your help getting to the bottom of it before thy try to retaliate for then. thank you.

D.C. W81090

Att Juan Baez colkzo    II D.C. W81090
Juan Baez Callzo

3/19/23

## A Quien Pueda Interezar

Yo. Juan Báez Collazo # D.C W81090

El motivo de esta carta es para dejarle
saber, que yo Juan Báez collazo tengo una
keja os una demanda con El Sr. Duvall la
cual. Yo estoy en la misma pricion que
el Sr. Duvall Trabaja ya con esta vez es
la tercera vez que stoy con el Sr. Duvall
y me gustaria que por favor tomaran una
detesminación. Ya que el Sr. Duvall y Sus
oficiales siguen son el abuso con los
preso y con mi persona. ahora mismo yo estoy
en el confinement por que el dia 03/10/23
yo estube un problema con la oficial
Blakey la cual ella bino hasia mi persona
y enpeso a Insurtarme agreciva mente y
a manotiarme en mi cara y a intentar
spray peper la cual yo procedi a taparme
mi cara con mi ropa y la oficial bino
# me quito mi camisa y me dio una
cachetada en mi cara yo le escribo por que
esto no puede estar pasando en D.O.C
se supone que todo oficial no actue
agresivamente a menos que el preso este
biolento. Yo Juan Báez collazo estoy en el
confinement con un cargo supuestamente
de que yo agredi a la oficial la cual
no es sierto a mi me dieron un D.R
diciento Agut Btry/Att/co la cual no es sierto
y ellos ni tansiquiera usan las camara
para evidencia ahora mismo yo tengo

mi brazo Izanierdo y mi cadera Isanieda lastimada
y el cuello yo he pedido atencion medica y
no me quieren atender ahora mismo mi
brazo Isanierdo yo estoy perdiendo Fuerza y
esa es mi mano con la que yo escribo
y cuando estoy escribiendo tengo que para
de escribir por la razon de que meda mucho
dolor y la verdad que hece brazo fue
dislocado por el Sr. Duvall en la Pricion
Bay Corr. Fac. en panama City ahora mismo
estoy pendiente para ir a ASSignent to close
management. les pido de por favor que puedan
ayudar en esta situacion ya que yo Juan
Baez collazo no tengo los recurso para pagar
un abogado. les agradesco que Puedan
ayudarme en esta situacion.

                Gracias por su cooperacion
                y atencion. la verdad que
                voy a estar agradecido por
                el resto de mi vida por
                ayudarme con esta situacion

        Dios me los Bendiga a usteves
        y sus Familia
                        cordiarmente

            Juan Baez Collazo
        ↖ D.C. W81090
            Juan Baez Collazo
        ↖ D.C. W81090

3/10/23

A Quien Pueda Interezar

El motivo de esta carta es para desarle
saber que yo Juan Baez collazo Estoy en
la misma pricion que trabaja El Sr. Duvall
y el dia 3/10/23 yo estaba en el
comedor para comer el desayuno eso como
5:40 Am to 5:50 Am vino la oficial Blakey
que estaba trabajando en el turno de las
11:00 pm to 7:00 Am la oficial vino donde yo estaba
sentado para comer mi desayuno y la
oficial Blakey le dijo al otro oficial H. Sapp
que yo soy el que tiene una keja en
la corte en contra del Sr. Duvall y la
oficial Blakey vino y trato de quitarme mi
plato de comida y enpeso a insurtarme la
cual yo procedi a discutir con ella a decirle
que cual es el motivo de ella de quitarme
mi plato de comida Ella se enojo tanto
que enpeso ha manotiarme y tratar de echarme
peper spray en mi cara la cual yo procedi
a taparme la cara con mi camisa entonce
vino el L.t. moore I me puso en el
confinement diciendo que yo Juan Baez collazo
agredi a la oficial Blakey con el plato de
comida cuando eso no es sierto la oficial
Blakey se puso agresiva conmigo la cual
para mi persona esa actitud que ella
tomo en contra mia yo creo que eso es
o se llama venganza la cual la oficial sabe
que yo tengo una keja con el Sr. Duvall en
la corte ya con este incidente es la tercera
vez que me pasa en diferente pricion que

el Sr. Duvall trabaja ahora mismo yo estoy
en la misma pricion que el Sr. Duvall
trabaja y cada vez que el Sr. Duvall pasa
a dar la ronda en el confinement les dice
a los oficiales que yo soy el que tuvo
el problema con el en la pricion donde el
Sr. Duvall trabajaba. Boy corrfac y atravez
de ese problema yo he tenido muchos problema
con los oficiales por que el Sr. Duvall les
dice que yo tu ve problema con el en
otra pricion donde el trabajaba y ahora estoy
en NWFRC la cual el Sr. Duvall trabaja y
cada vez que el Sr. Duvall da la ronda al
confinement les dice a los oficiale que yo
soy un pedaso de mierda. y si yo pido
algo como ir al medico o al mental Health
que no me den la ayuda que pido que me
muera es lo que me dicen ahora mismo yo
estoy en el confinement a causa del Incidente
que paso el dia 3/10/23 con la oficial Blakey
cuando me pucieron en el confinement no
medieron atencion medica ni me traieron mis
pertenencia la cual yo tenia mis prueba en contra
del Sr. Duvall y tenia las mociones que la corte
me enviaron para seguir con el proceso pero no
puedo seguir con el proceso ya que me botaron
mis papeles legales ahora mismo no puedo hacer
nada ya que no tengo nada para proseguir con
el caso ni tan siquiera tengo para pagar un abogado
para que me pueda ayudar en esta situación
les agradesco que por favor puedan ayudarme en
esta situacion. cordiarmente   Juan Baez Collazo
→ DC W81090
Juan Báez collazo

Mailed From A
Correctional
Institution

LEGAL

APR 1 ~ 2023

US District Court
Northern District of
Florida, 1 North Palafox
Pensacola, FL 32502

Ivan Baez Collazo
#D.C. W51090
NWFRC Main unit
4455 Sam mitchell DR.
Chipley F.L. 32428-3501